Entered on Docket
September 15, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

Edward F. Gonciarz, Esq.
Nevada Bar No. 5003
2920 N. Green Valley Pkwy., Ste. 321
Henderson, Nevada 89014
ed@gonciarzlaw.com
(702) 433-8780
Attorney for Debtor (12033.01-O)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-22580-mkn |
| | Chapter 7 |
| Mariaelena Buck, | Trustee: David A. Rosenberg |
| Debtor. | Hearing Date: August 12, 2009 |
| | Hearing Time: 1:30 p.m. |
| | **UNOPPOSED** |

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

A MOTION, having come before this court, on an Order Shortening Time, entered July 31, 2009, for the relief as above-entitled; and

UPON THE FILING AND READING of all of the papers on file, herein, including said Order Shortening Time, the Debtor's Motion to Extend Automatic Stay, filed July 28, 2009, and the Certificate of Service, filed August 3, 2009; and

ON THE DATE AND TIME for the hearing of the motion, the following persons/parties/entities having been in attendance: Debtor, Mariaelena Buck, by and through her

1  attorney, Edward F. Gonciarz, Esq., and no others having been in attendance and no papers having

2  been filed in opposition; and after hearing argument as to why the within motion should be

3  granted and after due deliberation, good cause appearing, therefore; it is, hereby,

ORDERED that the Debtor's motion to extend the automatic stay in the within Chapter 7 bankruptcy is granted, in its entirety, and the bankruptcy stay shall continue for the duration the instant bankruptcy, as to all creditors (except as to those creditors who have obtained relief from the automatic stay in the Debtor's prior Chapter 13 bankruptcy), unless later modified, limited or vacated by this court.

DATED this ___ day of August, 2009.

Submitted by:

Edward F. Gonciarz, Esq.
Nevada Bar No.: 5003
2920 N. Green Valley Pkwy., #321
Henderson, Nevada 89014
Attorney for Debtor

_____
Edward F. Gonciarz, Esq.

Approve/Disapprove

David A. Rosenberg
Chapter 7 Trustee
5030 Paradise Rd. #B215
Las Vegas, NV 89119

_____
By: David A. Rosenberg

Edward F. Gonciarz, Esq.
Nevada Bar No. 5003
2920 N. Green Valley Pkwy. #321
Henderson, Nevada 89014
(702) 433-8780

ATLERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document:]

###